DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
HUGO GUZMAN-DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                              ) Cr.S. 09-059-EJG
      Plaintiff, )
                              ) **STIPULATION AND ORDER**
   v. )
                              ) DATE: May 1, 2009
HUGO GUZMAN-DOMINGUEZ, ) TIME: 10:00 a.m.
                              ) JUDGE: Hon. Edward J. Garcia
     Defendant. )
                              )
_____)

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, HUGO GUZMAN-DOMINGUEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, May 1, 2009 be continued to a change of plea on Friday, May 8, 2009 at 10:00 a.m..

This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order through the date of the change of plea hearing set for May 8, 2009

pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 27, 2009     Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
HUGO GUZMAN-DOMINGUEZ

DATED: April 27, 2009     LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin Galloway for
DANIEL MCCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 8, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 30, 2009.     /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge