DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
HUGO GUZMAN-DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-059-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: May 8, 2009 |
| HUGO GUZMAN-DOMINGUEZ, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HUGO GUZMAN-DOMINGUEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, May 8, 2009 be continued to a change of plea on Friday, June 5, 2009 at 10:00 a.m..

The parties have reached a tentative agreement and a plea agreement has been drafted, however, additional time is needed because Mr. Guzman-Dminguez has been relocated to the Butte County Jail. Undersigned counsel will have to travel to Butte County to advise Mr. Guzman-Dominguez and convey the offer.

Speedy trial time is to be excluded from the date of this order through the date of the change of plea hearing set for June 5, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 5, 2009

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
HUGO GUZMAN-DOMINGUEZ

DATED: May 5, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin Galloway for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 5, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 5, 2009.

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge